

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00056-CV

**IN RE** Veronika Mae **CAPP**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Karen Angelini, Justice
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

Delivered and Filed:  February 8, 2017

PETITION FOR WRIT OF MANDAMUS DENIED

Relator Veronika Mae Capp filed a petition for writ of mandamus on February 2, 2017, complaining of an order issued by the trial court on December 12, 2016, finding Relator in contempt of court and ordering her incarcerated for six months.  Relator also filed a motion for emergency stay.  The court has considered Relator's petition for writ of mandamus and is of the opinion that Relator is not entitled to the relief sought.  Accordingly, the petition for writ of mandamus and motion for emergency stay are denied.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 13-01-0013-CVA, styled *In the Interest of P.A.L. and P.D.L., Children*, pending in the 81st Judicial District Court, Atascosa County, Texas, the Honorable Donna S. Rayes presiding.